# 11 CIV. 3839

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Mahamadou Ceesay__

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__Prison Health Services__

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☑ No
*(check one)*

RECEIVED
MAY 23 2011
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name __Mahamadou Ceesay__
ID # __349 11 04648__
Current Institution __Manhattan Detention Center__
Address __125 White St__
__New York, N.Y. 10013__

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2007*

1

Defendant No. 1  Name **Prison Health Services** Shield # _____
Where Currently Employed _____
Address **125 White St**
**New York, N.Y 10013**

Defendant No. 2  Name _____
Where Currently Employed _____ Shield # _____
Address _____

Defendant No. 3  Name _____
Where Currently Employed _____ Shield # _____
Address _____

Defendant No. 4  Name _____
Where Currently Employed _____ Shield # _____
Address _____

Defendant No. 5  Name _____
Where Currently Employed _____ Shield # _____
Address _____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
**Manhattan Detention Center N.Y N.Y**

B. Where in the institution did the events giving rise to your claim(s) occur?
**Same as above**

C. What date and approximate time did the events giving rise to your claim(s) occur?
**April 1, 2011**

Rev. 05/2007

2

D. Facts:

*What happened to you?*
*Who did what?*

The petitioner requested medical attention numerous time for his diminished sight in his left eye, due to his diabites and was not given attention. As a result of the defendants gross negligence the petitioner has lost sight in his left eye. This petitioner requested medical attention over 12 times via sick call callouts. The petitioner's requests were ignored and petitioner has been severley damaged.

*Was anyone else involved?*

*Who else saw what happened?*

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Lost sight in left eye. No medical attention was given after repetative demands.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✗   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Manhattan Detention Center_
_New York, N.Y. 10013_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _X_   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No _X_   Do Not Know ___

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _X_   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve? _Medical Attention_

2. What was the result, if any? _See attached response as noted in Exhibit "A"._

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _N/A_

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _N/A_

2. If you did not file a grievance but informed any officials of your claim, state who you

Rev. 05/2007

4

informed, when and how, and their response, if any: _____

_____
_____
_____ N/A _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____
_____
_____ N/A _____
_____
_____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

The Petioner requests that his diminished sight in his left eye be Fixed and that he be awarded $100,000.00 do to the gross negligence on the part of the defendant. The Petitioner has been permanantly damaged due to the lack of medical attention.

VI.  **Previous lawsuits:**

On these claims

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No __✗__

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____  No __✗__

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____

*Rev. 05/2007*

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _N/A_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

        Signature of Plaintiff _____

        Inmate Number _____

        Institution Address _____

_____

_____

_____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _10_ day of _MAY_, 20_11_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: **MAHAMADOU CEESAY**

CITY OF NEW YORK -- DEPARTMENT OF CORRECTION

ATTACHMENT E

INMATE GRIEVANCE FORM

Form #7101R

Facility: M.D.C  Grievance No. _____  Date: 4-21-11  Housing Unit: 4-S

Name: MAHAMADOU CEESAY  Book and Case #: 3491104648  NYSID # _____

Please describe problem as briefly as possible (Please Print or Type).

I when to the medical Det for my eyes and med and they have not did any thing to releve me of the pain in my eye. I can not see anything out of my left eye. Please help me if you can.

Action Requested by Inmate:

I need to have my eye check out and my med for them

Advisor/Interpreter requested: ___ Yes  X No  Who _____
Have you filed this grievance with any other investigative body or court? ___ Yes  X No
If yes, specify _____

Grievants' Signature _____

Grievance Aide _____

The IGRC proposes to informally resolve your grievance as follows:

_____

Representative Signatures

_____

This informal resolution is accepted: _____
Grievants' Signature _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee.
I request a hearing of my grievance by the IGRC  ___ Yes  ___ No

Grievants' Signature _____

Page 1 of 2

CODE _16_

## CITY OF NEW YORK – DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE FORM

Facility: <u>MDC</u>   Grievance No.: <u>T-103/11</u>   Date: <u>4/25/11</u>

Name: <u>Ceesay, Mahamadou</u>   B&C#: <u>349-11-04648</u>   Housing Unit: <u>4S</u>

(Please print or type)
**Please describe problem as briefly as possible:** I when to the medical dept. for my eyes and med and they have not did anything to releve me of the plain in my eye. I cannot see anything out of my left eye. Please help me if you can.

**Action requested by inmate:** The grievant would like to have his eyes checked.

**Advisor/Interpreter requested:** _____ Yes _____ No  Who _____

Have you filed this grievance with any other agency or court?   _____ Yes _____ No

Or with the Inspector General's Office?   _____ Yes _____ No

Grievant's Signature _MAHAMADOU CEESAY_ X

Grievance Aide _____

---

**The IGRC proposes to informally resolve your grievance as follows:** The IGRC is providing you with a second opinion form and advising you of your right to submit it to the clinic to request medical attention. Therefore, your requested action is being modified.

Representative Signatures

_____   _Benita Flynn 4078_

This informal resolution is accepted: _MAHAMADOU CEESAY_
                                      Grievant's Signature

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee.
I request a hearing of my grievance by the IGRC _____ Yes _____ No

_____
Grievant's Signature

-2-

CODE _16_

## CITY OF NEW YORK – DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE FORM

Facility: **MDC**     Grievance No.: **T-103/11**     Date: **4/25/11**

Name: **Ceesay, Mahamadou**     B&C#: **349-11-04648**     Housing Unit: **4S**

(Please print or type)
**Please describe problem as briefly as possible**: I when to the medical dept. for my eyes and med and they have not did anything to releve me of the plain in my eye. I cannot see anything out of my left eye. Please help me if you can.

**Action requested by inmate**: The grievant would like to have his eyes checked.

Advisor/Interpreter requested: _____ Yes _____ No   Who _____

Have you filed this grievance with any other agency or court?     _____ Yes _____ No

Or with the Inspector General's Office?                              _____ Yes _____ No

Grievant's Signature _MAHAMADOU CEESAY X_

Grievance Aide _____

---

The IGRC proposes to informally resolve your grievance as follows: The IGRC is providing you with a second opinion form and advising you of your right to submit it to the clinic to request medical attention. Therefore, your requested action is being modified.

**Representative Signatures**

_____        _Benita Flynn 4078_

_____        _____

This informal resolution is accepted: _MAHAMADOU CEESAY_
                                      Grievant's Signature

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee.
I request a hearing of my grievance by the IGRC _____ Yes _____ No

_____
Grievant's Signature

-2-



**United States Attorney's Office**
*Southern District of New York*
*Civil Rights Unit*

## Civil Rights Complaint Form

The Civil Rights Unit of the United States Attorney's Office is charged with enforcing the federal civil rights laws within the Southern District of New York, which includes Bronx, Dutchess, New York, Orange, Putnam, Rockland, Sullivan, and Westchester counties. We therefore welcome information from the public that brings to our attention possible violations of our Nation's civil rights laws.

**Person filing complaint:**
Name: Mahamadou Ceesay
Address: 125 White St
Address (Line 2):
City, State: New York, NY   Zip: 10013
County: New York   Phone:

**Person/Entity you are filing complaint about:**
Name of Person or Entity: Prison Health Services
Address: 125 White St
Address (Line 2):
City, State: N.Y., N.Y   Zip: 10013
County: New York   Phone:

**Nature of Alleged Civil Rights Violation:**

[ ] Disability Rights        [ ] Fair Housing             [ ] Voting Rights
[ ] Educational Opportunities [ ] Law Enforcement Misconduct [X] Other: _____
[ ] Employment Discrimination [X] Prisoner/Institutional Rights

Please clearly describe the violation of the civil rights laws that you would like to bring to our attention. Include as much information as possible, including the date, place, nature of incident, and contact information for any witnesses (do not send original documents):

After repetative demands to have my eyes checked do to my Diabetes, this petitioner lost sight from his left eye do to their gross negligence. The petitioner requested medical attention from April 1, 2011 to the present time and to no avail.

<Attach additional page(s) if necessary>